UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JAN 1 4 2015
PER _____
DEPUTY CLERK

JOHNATHAN ROBINS,

  Plaintiff

v.                                        CIVIL NO. 3:CV-11-2271

PA. DEPT. OF CORRECTIONS, et al.,         (Judge Kosik)

  Defendants

## ORDER

**NOW, THIS** 14th **DAY OF JANUARY, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to amend the complaint (Doc. 48) is **denied**.

2. Plaintiff's motions to compel (Docs. 46, 57) are **denied**.

3. Plaintiff's motion to have Defendant charge a reasonable rate for copies (Doc. 56) is **denied**.

4. Any dispositive motions in this case may be filed within thirty (30) days from the date of this order. The failure to do so will result in the matter being scheduled for a pretrial conference and trial at the convenience of the court.

_____
EDWIN M. KOSIK
United States District Judge